**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC-ELLIS DYER,<br><br>  Plaintiff,<br><br>  v.<br><br>VENTURA COUNTY SHERIFF OFFICE, *et al.*,<br><br>  Defendants. | Case No.  2:21-cv-02339-SSS-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment filed by Defendants Ventura County Sheriff's Office, Deputy Chandra Pugh, Sergeant Lawrence Oriee, and Senior Deputy Craig Hennes [Dkt. 25], the Motion for Summary Judgment filed by Defendants County of Ventura and Senior Deputy District Attorneys Scott Hendrickson and Audry Nafziger [Dkt. 24], the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") [Dkt. 51], and Plaintiff' Eric-Ellis Dyer's response to the Report [Dkt. 52]. The Court **ACCEPTS** the findings and recommendations of the Magistrate Judge and **ADOPTS** them as its own findings and conclusions.

In Plaintiff's response to the Report and Recommendation, he states his intent to rescind all his claims EXCEPT the claims that the Report and Recommendation finds survive summary judgment. [Dkt. 52 at 1-2]. In other words, it is Plaintiff's intent to dismiss all claims and defendants EXCEPT his Fourth Amendment claim and his Fourteenth Amendment due process claim against Defendants Oriee and Hennes.

**IT THEREFORE IS ORDERED** as follows:

1. The Motion for Summary Judgment filed by Defendants County of Ventura, Senior Deputy District Attorney Scott Hendrickson, and Senior Deputy District Attorney Audry Nafziger is granted [Dkt. 24], and the Second Amended Complaint [Dkt. 10] as to these three Defendants is **DISMISSED with prejudice;**

2. The Motion for Summary Judgment filed by Defendants Ventura County Sheriff's Office, Deputy Chandra Pugh, Sergeant Lawrence Oriee, and Senior Deputy Craig Hennes [Dkt. 25] is **GRANTED in part and DENIED in part**. The Motion for Summary Judgment [Dkt. 25] is **GRANTED** as it relates to Defendants Deputy Chandra Pugh and Defendant Ventura County Sheriff's Office and, to that extent, he Second Amended Complaint [Dkt. 10] is **DISMISSED with prejudice;**

3. The Motion for Summary Judgment [Dkt. 25] is **DENIED** as it relates to Defendants Sergeant Lawrence Oriee and Senior Deputy Craig Hennes on the 42 U.S.C. § 1983 claims based on alleged violations of the Fourth Amendment and the due process clause of the Fourteenth Amendment**;**

4. The claims in the Second Amended Complaint [Dkt. 10] against Defendant Sergeant Lawrence Oriee and Defendant Senior Deputy Craig Hennes under 42 U.S.C. § 1983 based on alleged violations of the Fifth and Sixth Amendments and the Fourteenth Amendment Equal Protection Clause, and purported RICO violations under 18 U.S.C. §§ 1503, 1510, 1512, 1513 are **DISMISSED without prejudice**.

Date: March 28, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE