UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC-ELLIS DYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VENTURA COUNTY SHERIFF OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02339-SSS -PD<br><br>**JUDGMENT** |

1  Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the action against Defendants County of Ventura, Senior Deputy District Attorney Scott Hendrickson, Senior Deputy District Attorney Audry Nafziger, Deputy Chandra Pugh and Ventura County Sheriff's Office is **DISMISED with prejudice**.

Date: March 28, 2023

_____
SUSHINE S. SYKES
UNITED STATES DISTRICT JUDGE