JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC-ELLIS DYER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VENTURA COUNTY SHERIFF'S OFFICE, RET. SENIOR SHERIFF LAWRENCE ORIEE, SENIOR SHERIFF CRAIG HENNES, RET. SHERIFF DEPUTY CHANDRA PUGH, VENTURA COUNTY DISTRICT ATTORNEY'S OFFICE, SNR. DEP. DISTRICT ATTORNEY SCOTT HENDRICKSON, SNR. DISTRICT ATTORNEY AUDREY NAFZINGER, and COUNTY OF VENTURA,<br><br>　　　　Defendants. | Case No. 2:21-cv-2339 SSS (PDx)<br><br>Honorable Sunshine S. Sykes<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Stipulation to Dismiss Entire Action with Prejudice]* |

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorney's fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: December 1, 2023  _____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE